IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DARRINE N. CHIEVES,**                          §
                                                 §
                     Plaintiff,                  §
v.                                               §    Civil Action No. **3:08-CV-2294-L**
                                                 §
**GREYHOUND BUS STATION**,                       §
                                                 §
                     Defendant.                  §

## ORDER

Before the court is Plaintiff's Pro Se Civil Rights Complaint ("Complaint"), filed December 31, 2008. Pursuant to Special Order 3-251, the Complaint was referred to United States Magistrate Judge Jeff Kaplan, on December 31, 2009. On February 3, 2009, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") was filed. No objections to the Report have been filed.

The magistrate judge sent a Magistrate Judge's Questionnaire to the Plaintiff on January 9, 2009 because the Complaint failed to allege sufficient facts to support Plaintiff's claims. On January 22, 2009, the questionnaire was returned by the United States Post Office as "Return to Sender/Attempted -- Not Known/Unable to Forward." The magistrate judge now recommends that this case be dismissed without prejudice for want of prosecution and Plaintiff's failure to comply with a court order.

Having reviewed the Complaint, file, record, and Report in this case, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court, and the court **dismisses without prejudice** the Complaint for want of prosecution and Plaintiff's failure to comply with a court order.

**Order – Page 1**

**It is so ordered** this 24th day of February, 2009.

Sam A. Lindsay
United States District Judge